

350 Broadway
New York, New York, 10013
Tel: 646-442-3646
Fax: 646-442-3747
bankruptcy@legalservicesnyc.org

Dear Clerk of the Court:

    The enclosed pro se Bankruptcy Petition and supporting schedules and documents were prepared with the assistance of pro bono volunteers (either attorneys or law students under attorney supervision) at the New York City Bankruptcy Assistance Project.

                                              Sincerely,
                                                 /S/
                                            William Z. Kransdorf
                                           Coordinator,
                                           NYC Bankruptcy Assistance Project

enclosure