Certificate Number: 02114-NYE-CC-011313970

# CERTIFICATE OF COUNSELING

I CERTIFY that on 06/13/10, at 10:26 o'clock PM EST, BARBARA JF MAYNARD received from CredAbility, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the SOUTHERN DISTRICT OF NEW YORK, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment Plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.
This counseling session was conducted  by Internet .

Date: 06-14-2010    By    /s/VICTOR ANDRADES

    Name    VICTOR ANDRADES

    Title    Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

1