UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

Barbara Maynard,

        Debtor.
-----------------------------------------------------------------x

Case No. _____

Chapter 7

## DECLARATION REGARDING LACK OF SUPPORTING DOCUMENTS

I, Barbara Maynard (the "Debtor") hereby declare as follows:

Debtor filed a petition under Chapter 7 of the Bankruptcy Code.

*[Check all that apply]*

√ The Debtor has not had a job since 08 - 2010 [*indicate date last worked, or say "never."*]

___ The Debtor has not had a bank account since _____ [*indicate date last bank account was closed, or say "never."*]

___ The Debtor has not been required to file a tax return since _____ [*indicate last year for which tax returns were required.*] The Debtor has not been required to file return(s) because _____

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 29, 2010

                                                _____
                                                Barbara Maynard