# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/29/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Barbara Maynard
aka Barbara Jean Foster, aka Barbara Jean Foster Maynard, aka Barbara Jean Maynard
34−41 85th Street, Apt. 5E
Jackson Heights, NY 11372

| Case Number: <br> 1−10−51132−jf | Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: <br> xxx−xx−9140 |
|---|---|
| Attorney for Debtor(s) (name and address): <br> Barbara Maynard <br> 34−41 85th Street, Apt. 5E <br> Jackson Heights, NY 11372 <br> Telephone number: | Bankruptcy Trustee (name and address): <br> Alan Nisselson <br> c/o Windels Marx Lane & Mittendorf LLP <br> 156 West 56th Street <br> New York, NY 10019 <br> Telephone number: (212) 237−1199 |

## Meeting of Creditors
Date: **January 5, 2011**                         Time: **09:30 AM**
Location: **Office of the United States Trustee, 271 Cadman Plaza East, Room 2579 − 2nd Floor, Brooklyn, NY 11201**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 3/6/11**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** <br> 271 Cadman Plaza East, Suite 1595 <br> Brooklyn, NY 11201−1800 <br> Telephone number: (347)394−1700 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br> Robert A. Gavin, Jr. |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 12/1/10 |

# EXPLANATIONS  B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Undeliverable Notices | Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the parties correct address, resend the returned notice, and notify this office of the parties change of address. Failure to provide all parties with a copy of the notice may adversely affect the debtor as provided by the Bankruptcy Court. |
| Form 21 Statement of Social Security # | The debtor or debtor's attorney is required to bring a paper copy of the petition with full social security number displayed to the first meeting of creditors. |
| Personal Financial Management Course | In order to receive a discharge, the debtor must complete a Personal Financial Management Course and must file a Certificate of Completion of the Personal Financial Management Course (Official Form 23) within 45 days after the first date set for the section 341 meeting. If the Personal Financial Management Course Certificate is not filed within the allotted time, **a discharge will not be issued and the case will be closed.** |

# CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: etorres              Page 1 of 1                  Date Rcvd: Dec 01, 2010
Case: 10-51132                Form ID: 213               Total Noticed: 27
```

The following entities were noticed by first class mail on Dec 03, 2010.
```
db            +Barbara Maynard,    34-41 85th Street, Apt. 5E,    Jackson Heights, NY 11372-3209
smg           +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
                Brooklyn, NY 11201-3719
smg           +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg           +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                Albany, NY 12240-0001
smg           +United States Trustee,    Office of the United States Trustee,    271 Cadman Plaza East,
                Brooklyn, NY 11201-1833
6985245        Accounts Receivable Mgmt.,    PO Box 129,    Thorofare, NJ 08086-0129
6985246       +Allied Interstate,    3000 Corporate Exch.Dr.,    5th Floor,    Columbus, OH 43231-7723
6985248        Barclays Bank plc,    1 Churchill Place,    London, E14 5HP,    United Kingdom
6985247        Barclays Bank plc,    PO Box 362,    Manchester, M60 3PN,    United Kingdom
6985253        Chelmer Collections,    PO Box 362,    Manchester M60 3 PN,    United Kingdom
6985255       +Citicorp. Credit Services,    PO Box 6142,    Sioux Falls, SD 57117-6142
6985256       +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
6985258        Foster & Garbus LLP,    PO Box 9030,    Farmingdale, NY 11735-9030
6985260       +HSBC Bank,    2980 Meade Avenue,    Building A,    Las Vegas, NV 89102-0720
6985261        I.C. System, Inc.,    444 Highway 96 East,    PO Box 64887,    Saint Paul, MN 55164-0887
6985262       +Sallie Mae,    PO Box 9500,    Wilkes Barre, PA 18773-9500
6985263       +United Collection Bureau,    5620 Southwyck Blvd.,    Suite 206,    Toledo, OH 43614-1501
6985264        Valentine & Kebartas, Inc,    PO Box 325,    Lawrence, MA 01842-0625
6985265       +Valentine & Kebartas, Inc,    15 Union Street,    Lowell, MA 01852
```
The following entities were noticed by electronic transmission on Dec 01, 2010.
```
tr            +E-mail/Text: anisselson@windelsmarx.com                              Alan Nisselson,
                c/o Windels Marx Lane & Mittendorf LLP,    156 West 56th Street,    New York, NY 10019-3800
smg           +E-mail/Text: ustpregion02.br.ecf@usdoj.gov                           United States Trustee,
                Office of the United States Trustee,    271 Cadman Plaza East,    Brooklyn, NY 11201-1833
6985249       +EDI: CAPITALONE.COM Dec 01 2010 15:33:00      Capital One,    PO Box 30281,
                Salt Lake City, UT 84130-0281
6985250       +EDI: CHASE.COM Dec 01 2010 15:33:00      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
6985251       +EDI: CHASE.COM Dec 01 2010 15:33:00      Chase Bank USA NA,    PO Box 15298,
                Wilmington, DE 19850-5298
6985252       +EDI: CHASE.COM Dec 01 2010 15:33:00      Chase Cardmember Services,    Attn: Bankruptcy Dept.,
                PO Box 15298,    Wilmington, DE 19850-5298
6985254       +EDI: CITICORP.COM Dec 01 2010 15:33:00      Citicards/Citibank,    PO Box 6241,
                Sioux Falls, SD 57117-6241
6985257       +EDI: CHASE.COM Dec 01 2010 15:33:00      First USA,    800 Brooksedge Blvd.,
                Westerville, OH 43081-2822
6985259       +EDI: HFC.COM Dec 01 2010 15:33:00      HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
                                                                                                TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 03, 2010**                     **Signature:**     *Joseph Speetjens*