Form B3B: Order (10/15/08 - EDNY)

# United States Bankruptcy Court for the Eastern District of New York

In re: Barbara Maynard,
aka Barbara Jean Foster,
aka Barbara Jean Foster Maynard,
aka Barbara Jean Maynard,
Debtor.

Case No. 10-51132-jf

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the applicable be:

☒ GRANTED

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☐ IT IS FURTHER ORDERED, that this waiver also applies to other fees scheduled by the Judicial Conference under 28 U.S.C. §§ 1930(b) and (c)

☐ DENIED, for the following reasons:
_____
_____

IT IS FURTHER ORDERED, that the debtor shall either:

(1) pay the chapter 7 filing fee in full within _____ days of the date this order was entered; OR

(2) pay the chapter 7 filing fee according to the following terms;

$ _____ on or before _____
$ _____ on or before _____
$ _____ on or before _____
$ _____ on or before _____

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.
IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENTS PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

☐ SCHEDULED FOR HEARING:

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at 271 Cadman Plaza East, Brooklyn, New York 11201

IF THE DEBTOR DOES NOT APPEAR AT THE HEARING, THE COURT MAY CONCLUDE THAT THE DEBTOR CONSENTS TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION.

DATE: Brooklyn, New York
December 8, 2010

BY THE COURT

s/Jerome Feller
_____
United States Bankruptcy Judge