# Notice Recipients

District/Off: 0207−1   User: dusher   Date Created: 3/8/2011
Case: 1−10−51132−jf   Form ID: 262   Total: 27

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Barbara Maynard | 34−41 85th Street, Apt. 5E | Jackson Heights, NY 11372 | | |
| tr | Alan Nisselson | c/o Windels Marx Lane &Mittendorf LLP | 156 West 56th Street | New York, NY 10019 | |
| smg | NYS Department of Taxation &Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 | |
| smg | NYC Department of Finance | 345 Adams Street, 3rd Floor | Attn: Legal Affairs − Devora Cohn | Brooklyn, NY 11201 | |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 | |
| smg | United States Trustee | Office of the United States Trustee | 271 Cadman Plaza East | Brooklyn, NY 11201 | |
| 6985245 | Accounts Receivable Mgmt. | PO Box 129 | Thorofare, NJ 08086−0129 | | |
| 6985246 | Allied Interstate | 3000 Corporate Exch.Dr. | 5th Floor | Columbus, OH 43231 | |
| 6985248 | Barclays Bank plc | 1 Churchill Place | London, E14 5HP | United Kingdom | |
| 6985247 | Barclays Bank plc | PO Box 362 | Manchester, M60 3PN | United Kingdom | |
| 6985249 | Capital One | PO Box 30281 | Salt Lake City, UT 84130 | | |
| 6985250 | Chase | P.O. Box 15298 | Wilmington, DE 19850 | | |
| 6985251 | Chase Bank USA NA | PO Box 15298 | Wilmington, DE 19850 | | |
| 6985252 | Chase Cardmember Services | Attn: Bankruptcy Dept. | PO Box 15298 | Wilmington, DE 19850 | |
| 6985253 | Chelmer Collections | PO Box 362 | Manchester M60 3 PN | United Kingdom | |
| 6985254 | Citicards/Citibank | PO Box 6241 | Sioux Falls, SD 57117 | | |
| 6985255 | Citicorp. Credit Services | PO Box 6142 | Sioux Falls, SD 57117 | | |
| 6985256 | Client Services, Inc. | 3451 Harry Truman Blvd. | Saint Charles, MO 63301−4047 | | |
| 6985257 | First USA | 800 Brooksedge Blvd. | Westerville, OH 43081 | | |
| 6985258 | Foster &Garbus LLP | PO Box 9030 | Farmingdale, NY 11735−9030 | | |
| 6985260 | HSBC Bank | 2980 Meade Avenue | Building A | Las Vegas, NV 89102 | |
| 6985259 | HSBC Bank | PO Box 5253 | Carol Stream, IL 60197 | | |
| 6985261 | I.C. System, Inc. | 444 Highway 96 East | PO Box 64887 | Saint Paul, MN 55164−0887 | |
| 6985262 | Sallie Mae | PO Box 9500 | Wilkes Barre, PA 18773 | | |
| 6985263 | United Collection Bureau | 5620 Southwyck Blvd. | Suite 206 | Toledo, OH 43614 | |
| 6985265 | Valentine &Kebartas, Inc | 15 Union Street | Lowell, MA 01850 | | |
| 6985264 | Valentine &Kebartas, Inc | PO Box 325 | Lawrence, MA 01842−0625 | | |

TOTAL: 27